IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **ATLANTIC SOUNDING COMPANY, INC.** § | | **PLAINTIFF** |
| § | | |
| v.  § | | Civil No.1:09CV346HSO-JMR |
| § | | |
| **JIMMIE VICKERS** § | | **DEFENDANT** |

## AMENDED FINAL JUDGMENT

THIS CAUSE came before the Court on October 12, 2010, for trial without a jury. Pursuant to this Court's Findings of Fact and Conclusions of Law entered in this cause on this date, which are incorporated herein by reference, and pursuant to Federal Rule of Civil Procedure 58,

**IT IS, THEREFORE, ORDERED AND ADJUDGED**, that, judgment is rendered in favor of Atlantic Sounding Company, Inc., and Weeks Marine, Inc., on the maintenance and cure paid on behalf of Defendant Jimmie Vickers up and until January 7, 2010. Atlantic Sounding Company, Inc., and Weeks Marine, Inc. are not liable for any future maintenance and cure to Defendant Jimmie Vickers as it relates to the work-related injury of May 18, 2009.

**IT IS, FURTHER, ORDERED AND ADJUDGED**, that, Defendant Jimmie Vickers' Counter-Claim against Counter-Defendants Atlantic Sounding Company, Inc. and Weeks Marine, Inc., for maintenance and cure should be and hereby is **DISMISSED WITH PREJUDICE**.

**IT IS, FURTHER, ORDERED AND ADJUDGED**, that, Defendant Jimmie

Vickers' request for sanctions pursuant to Federal Rule of Civil Procedure 11, should be and hereby is **DENIED.**

**SO ORDERED AND ADJUDGED**, this the 4th day of April, 2011.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE